No. 02–1207.  PELULLO v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 02–6021.  STEVENSON v. CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 02–7409.  NICKLASSON v. ARIZONA.  Super. Ct. Ariz., Mohave County.  Certiorari denied.

No. 02–7449.  HARTMAN v. CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 02–7455.  QUINTANILLA v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 02–7461.  RICE v. PENNSYLVANIA.  Sup. Ct. Pa.  Certiorari denied.

No. 02–7993.  NELSON v. ALABAMA.  C. A. 11th Cir.  Certiorari denied.

No. 02–8120.  JOHNSON v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied.

No. 02–8422.  SCIALLA v. PASCACK VALLEY HOSPITAL.  Super. Ct. N. J., App. Div.  Certiorari denied.

No. 02–8427.  DUNN v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied.

No. 02–8428.  LAWRENCE v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 02–8430.  SCHEIB v. PORT AUTHORITY TRANSIT CO. ET AL. C. A. 3d Cir.  Certiorari denied.

No. 02–8433.  MITCHELL v. BALLARD, DIRECTOR, TEXAS BOARD OF PARDONS AND PAROLES DIVISION, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 02–8436.  HARDAWAY v. ROBINSON.  C. A. 6th Cir.  Certiorari denied.